NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**KARL ROBERT IRWIN,**
*Plaintiff-Appellant,*

**v.**

**UNITED STATES,**
*Defendant-Appellee.*

---

2014-5079

---

Appeal from the United States Court of Federal Claims in No. 1:13-cv-00839-SGB, Judge Susan G. Braden.

---

**ON MOTION**

---

**O R D E R**

Karl Robert Irwin moves for leave to proceed in forma pauperis.

Irwin is currently incarcerated. He must therefore submit Federal Circuit Form 6A, the Supplemental In Forma Pauperis Form for Prisoners. It also appears that Irwin did not include the signature page to Federal Circuit Form 6.

Accordingly,

2                                                    IRWIN v. US

IT IS ORDERED THAT:

The motion is denied without prejudice to Irwin completing and returning Federal Circuit Form 6 and Form 6A (enclosed) within 21 days of the date of this order.  If those forms are not timely received, this appeal will be dismissed for failure to prosecute.


FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s24